PHILIP LABE v. UNITED STATES

No. 4796.—Invoices dated Shanghai, China, June 8, 1936, etc.
Certified June 9, 1936, etc.
Entered at New York July 8, 1936, etc.
Entry No. 703219, etc.

(Decided March 19, 1940)

Fred Bennett (Harry M. Farrell of counsel) for the plaintiff.
Webster J. Oliver, Assistant Attorney General (Daniel I. Auster, special attorney), for the defendant.

TILSON, Judge: The appeals listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon an

agreed statement of facts to the effect that the market value or price at the dates of exportation of the involved merchandise at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of China, for exportation to the United States, including all costs, charges, and expenses specified in section 402 (d) of the Tariff Act of 1930, was the appraised value, less any amount added under duress.

On the agreed facts, I find and hold that the proper dutiable export values of the merchandise covered by said appeals are the values found by the appraiser, less any amount added under duress. Judgment will be rendered accordingly.